Prepared by:
Jamerson C. Allen (State Bar No. 132866)
Cara Ching-Senaha (State Bar No. 209467)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California  94105
Telephone:  (415) 394-9400
Facsimile:  (415) 394-9401
E-mail: allenj@jacksonlewis.com
E-mail: ching-senahac@jacksonlewis.com
Attorneys for Defendants DHARM-JIT
HOLDING COMPANY, LLC and
STANDARD FOOD SERVICE, LLC dba
DENNY'S

Tanya E. Moore (SBN 206683)
K. Randolph Moore (SBN 106993)
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, CA 95112
Tel. (408) 298-2000
Fax. (408) 298-6046
Attorneys for Plaintiff DANIEL DELGADO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DELGADO,<br><br>    Plaintiff,<br><br>  v.<br><br>DHARM-JIT HOLDING COMPANY, LLC;<br>STANDARD FOOD SERVICE, LLC dba<br>DENNY'S,<br><br>    Defendants. | Case No. CV 11-2037<br><br>**SECOND JOINT STIPULATION OF TIME EXTENDING TIME FOR DATES STATED IN SCHEDULING ORDER FILED APRIL 25, 2011; [PROPOSED] ORDER**<br><br>Complaint Filed:  4/25/2011<br><br>Trial Date:      None set |

1

1    Plaintiff DANIEL DELGADO and Defendants DHARM-JIT HOLDING COMPANY,

2    LLC and STANDARD FOOD SERVICE, LLC dba DENNY'S (collectively "Defendants")

3    hereby jointly stipulate, through their attorneys of record, to an extension of time of the deadline

4    by which the Parties must hold a joint site inspection of the premises, and all ensuing or

5    dependent dates, as set forth in the "Scheduling Order for Cases Asserting Denial of Right of

6    Access Under Americans With Disabilities Act Title II & III (42 U.S.C. 12131-89)" ("Scheduling

7    Order"), filed April 25, 2011.  With this stipulated extension, the deadline for the site inspection

8    shall be extended from September 19 to October 31, 2011; the deadline for completion of initial

9    disclosures shall be extended from September 12 to October 23, 2011; the last date by which the

10   Parties shall meet and confer to discuss settlement shall be extended from October 3 to October

11   31, 2011; etc.

12    The Parties' stipulation is based on the following:

13    (1) All Parties though their counsel have jointly agreed to extend the date for the joint site

14    inspection, the date for initial disclosures, the date for meet and confer discussions,

15    and all other dependent or ensuing dates set forth in the Scheduling Order, based on

16    the mutual unavailability and other scheduling commitments of counsel for the Parties

17    and their experts; and

18    (2) The Parties have scheduled a joint site inspection on October 12, 2011, at 10:00 a.m.;

19    and

20    (3) In light of the foregoing and the Parties' stipulation above, the Parties agree good

21    cause exists to extend these dates in the Scheduling Order, subject to the mutual

22    availability of counsel and their experts.

23   IT IS SO STIPULATED.

24   Dated:  September 13, 2011          MOORE LAW FIRM, P.C.

25

26                                      */s/ Tanya E. Moore*
                                        Tanya E. Moore
27                                      Attorneys for Plaintiff
                                        DANIEL DELGADO

28

2

**SECOND JOINT STIPULATION**                          Case No.  CV 11 - 2037

1   Dated:  September 13, 2011          JACKSON LEWIS LLP

2
                                       /s/ Cara Ching-Senaha
3                                      Jamerson C. Allen
                                       Cara Ching-Senaha
4                                      Attorneys for Defendants
                                       DHARM-JIT HOLDING COMPANY, LLC and
5                                      STANDARD FOOD SERVICE, LLC dba DENNY'S

6

7                                      **ORDER**

8          Having considered the Parties' Stipulation and the grounds stated therein, and for good

9   cause shown, the Court hereby extends the dates set forth in the Scheduling Order, as follows:

10         The deadline for the site inspection shall now be October 31, 2011;

11         The deadline for completion of initial disclosures shall now be October 23, 2011; and

12         The last date by which the Parties shall meet and confer to discuss settlement shall be

13  October 31, 2011.

14         IT IS SO ORDERED.

15

16  Date: Ugtygo dgt'38, 2011                    _____

17                                               Paul S. Grewal
                                                 United States Magistrate Judge
18

19

20

21
    4814-4630-1962, v.  1
22

23

24

25

26

27

28

                                            3
    **SECOND JOINT STIPULATION**                    Case No.  CV 11 - 2037