Prepared by:
Jamerson C. Allen (State Bar No. 132866)
Cara Ching-Senaha (State Bar No. 209467)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: allenj@jacksonlewis.com
E-mail: ching-senahac@jacksonlewis.com
Attorneys for Defendants DHARM-JIT HOLDING COMPANY, LLC and STANDARD FOOD SERVICE, LLC dba DENNY'S

Tanya E. Moore (SBN 206683)
K. Randolph Moore (SBN 106993)
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, CA 95112
Tel. (408) 298-2000
Fax. (408) 298-6046
Attorneys for Plaintiff DANIEL DELGADO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DELGADO,<br><br>            Plaintiff,<br><br>    v.<br><br>DHARM-JIT HOLDING COMPANY, LLC; STANDARD FOOD SERVICE, LLC dba DENNY'S,<br><br>            Defendants. | Case No. CV 11-2037<br><br>**THIRD JOINT STIPULATION OF TIME EXTENDING TIME FOR DATES STATED IN SCHEDULING ORDER FILED APRIL 25, 2011; [~~PROPOSED~~] ORDER**<br><br>Complaint Filed: 4/25/2011<br><br>Trial Date:    None set |

1

**THIRD JOINT STIPULATION**                                      Case No. CV 11 - 2037

Plaintiff DANIEL DELGADO and Defendants DHARM-JIT HOLDING COMPANY, LLC and STANDARD FOOD SERVICE, LLC dba DENNY'S (collectively "Defendants") hereby jointly stipulate, through their attorneys of record, to a three-week extension of time of the deadlines set forth in the "Scheduling Order for Cases Asserting Denial of Right of Access Under Americans With Disabilities Act Title II & III (42 U.S.C. 12131-89)" ("Scheduling Order"), filed April 25, 2011. Of particular note, the Parties have held a joint site inspection, and they have reached verbal settlement. The Parties are currently in the process of exchanging a written draft of the settlement papers.

IT IS SO STIPULATED.

Dated: November 22, 2011           MOORE LAW FIRM, P.C.


                                   /s/ Tanya Moore
                                   Tanya E. Moore
                                   Attorneys for Plaintiff
                                   DANIEL DELGADO

Dated: November 22, 2011           JACKSON LEWIS LLP


                                   /s/ Cara Ching-Senaha
                                   Jamerson C. Allen
                                   Cara Ching-Senaha
                                   Attorneys for Defendants
                                   DHARM-JIT HOLDING COMPANY, LLC and
                                   STANDARD FOOD SERVICE, LLC dba DENNY'S

## ORDER

Having considered the Parties' Stipulation and the grounds stated therein, and for good cause shown, the Court hereby extends by three weeks the dates set forth in the Scheduling Order, and the Parties' prior stipulation.

IT IS SO ORDERED.


Date: November 30, 2011                    _____
                                           Paul S. Grewal
                                           United States Magistrate Judge