1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL DELGADO ) | Case No.: C 11-02037 PSG |
| ) | |
| Plaintiff, ) | **STANDBY ORDER TO SHOW** |
| v. ) | **CAUSE** |
| ) | |
| DHARM-JIT HOLDING COMPANY, LLC, et ) | **(Re: Docket No. 18)** |
| al., ) | |
| ) | |
| Defendants. ) | |

The court has been informed that the parties have reached a settlement agreement.

IT IS HEREBY ORDERED that the parties are required to file a stipulation of dismissal by

January 24, 2012.  If a stipulation of dismissal is not filed by that date, the parties shall appear on

January 31, 2012 at 2 p.m. in Courtroom 5, 4th Floor of the San Jose Courthouse to show cause

why this case should not be dismissed.

Failure to comply with this order may result in dismissal of the action pursuant to Federal

Rule of Civil Procedure 41(b).

Dated:  12/27/2011

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No.: 11-02037
ORDER